UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                              No.   15 CR 818-LTS

FRANKIE GARCIA,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received the letter motion submitted by Mr. Garcia seeking early termination of his term of supervised release.  (Docket entry no. 20.)  The Government is directed to respond stating its position on Mr. Garcia's motion by February 11, 2022.  The Court will contact the U.S. Attorney's Office regarding the assignment of replacement counsel for the Government.  Mr. Garcia's reply (if any) shall be filed by February 18, 2022.

SO ORDERED.

Dated: New York, New York
       January 28, 2022

                                                                                                          /s/ Laura Taylor Swain
                                                                                                         LAURA TAYLOR SWAIN
                                                                                                         Chief United States District Judge